

**U.S. Department of Justice**

*United States Attorney*
*Western District of Texas*
*Austin Division*

---

Matthew B. Devlin
Assistant United States Attorney
matt.devlin@usdoj.gov

**RECEIVED**
**FEB - 7 2008**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

816 Congress Avenue, Suite 1000
Austin, Texas 78701

(512) 916-5858
Fax (512) 916-5854

February 7, 2008

Clerk's Office
United States District Court
200 W. 8th Street
Austin, Texas 78701

A08 CR-031 LY (3)

Re:  Request for Issuance of Summons (Information)
     **United States v. Maurice Smith**

Dear Sir or Madam:

It is respectfully requested that a summons be issued to the above-named individual for an Initial Appearance on the Information. The summons may be sent to his attorney.

The Defendant's name and address and attorney information are as follows:

Maurice Smith
■■■■■■■■■■■■

Attorney:  Robert M. Phillips, Esq.
401 W. Sixth Street
P.O. Box 1698
Georgetown, Texas 78627
(512) 930-1926
Fax (512) 868-9838

Thank you for your courtesy and assistance.

Sincerely,

JOHNNY SUTTON
UNITED STATES ATTORNEY

By:  *[signature]*
MATTHEW B. DEVLIN
Assistant United States Attorney