## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:  AU:08-CR-00031(3)-LY |
| | § | |
| (3) Maurice Smith | § | |
| *Defendant* | | |

### ORDER SETTING INITIAL APPEARANCE, ARRAIGNMENT & PLEA

IT IS HEREBY ORDERED that in the above styled case an INITIAL APPEARANCE AND ARRAIGNMENT has been set in the United States District Court, Courtroom 4, on the 4th Floor, United States Courthouse, 200 W. 8th Street, Austin, TX, on February 26, 2008 at 10:00 AM.

All counsel noted below and defendant(s) must appear IN PERSON unless specifically excused from appearing by the Court.  Counsel for the defendant shall notify the defendant of this setting, and if the defendant is on bond, advise the defendant that he/she must be present on the date and time specified in this Order.  Counsel are further reminded that it is their duty to advise clients, witnesses, and others concerning rules of decorum to be observed in Court (see Court Rule AT-5(b)12).

Whenever defendants or witnesses in a criminal case have need for the services of a court interpreter, counsel must inform the Clerk no later than five (5) business days before the scheduled Court proceeding.

IT IS FURTHER ORDERED that the parties shall file all documents pertinent to this arraignment and plea no later than 5:00 P.M. the prior business day.   Failure to comply with this Order shall result in the cancellation of the proceeding and the referral of the case back to the District Court.

SIGNED this 11th day of February, 2008 at AUSTIN, Texas.

ROBERT PITMAN
U.S. MAGISTRATE JUDGE