# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

FILED
FEB 26 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
          DEPUTY CLERK

| | |
|---|---|
| USA | § |
| | § |
| vs. | §   Case Number: AU:08-CR-00031(3)-LY |
| | § |
| (3) Maurice Smith | § |
| *Defendant* | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## AND FED. R. CRIM. P. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, (3) Maurice Smith, the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this 26th day of February, 2008.

_____
(3) Maurice Smith
*Defendant*

_____
Robert Phillips
*Attorney for Defendant*

_____
Matthew Devlin
*Assistant U.S. Attorney*