# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

FILED
FEB 26 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

USA                         §
                            §
vs.                         §   Case Number: AU:08-CR-00031(3)-LY
                            §
(3) Maurice Smith           §
*Defendant*

## ORDER OF REFERRAL

Having considered the defendant's consent, this cause is hereby referred to United States Magistrate Judge Robert Pitman for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to the final approval and imposition of sentence by this court.

SIGNED this 26th day of February, 2008.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE